## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

US Foods, Inc.

                                              Plaintiff,

v.                                                   Case No.: 1:22−cv−06759
                                                                           Honorable John Robert Blakey

The Turkey Leg Hut & Company LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 8/30/2023 and continued to 10/5/23 at 10:30 a.m. Any motion to extend the fact discovery deadline should be filed with the District Judge. The Court addresses the pending Motion for Sanctions pursuant to Rule 37 [38]. The Defendant made discovery responses and document productions as ordered before today's hearing and the Plaintiff confirms receipt. The motion for sanctions is DENIED AS MOOT, for the reasons stated on the record. The Plaintiff raises continued disagreements in regard to the Requests for Admissions and may file a renewed motion, if appropriate, following a further meet and confer on those issues and adhering to all requirements in the Court's Standing Order on Discovery Motions and Motions to Compel. Defense reports that they are interested in making a settlement offer and any such offer must be submitted to the Plaintiff by 9/12/2023. To join the status conference by phone, dial 888−273−3658 and enter access code 2217918. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.